File No.: 9549-002

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| In Re: | : | Chapter 13 |
|---|---|---|
| | : | |
| Thomas F. Smalley, Sr., | : | Case No. 14-23083 GLT |
| | : | |
| Debtor. | : | Document No. |
| | : | |
| | : | |

CERTIFICATE OF SERVICE OF ORDER FOR WAGE ATTACHMENT AND
<u>NOTIFICATION OF DEBTOR'S SOCIAL SECURITY NUMBER</u>

I, Daniel R. White, Attorney for Debtor, certify that on March 2, 2018, I served a copy of the Court's February 21, 2018, wage attachment order and Local Form 12, Notification of Debtor's Social Security Number upon Debtor's employer at Horizon Hotels of Pennsylvania, 99 Corbett Way, Eatontown, NJ 07724.

Method of service: first class mail, postage prepaid.

Total number of parties served: 1

Date executed: March 2, 2018

                                               ZEBLEY MEHALOV & WHITE, P.C.
                                               BY

                                               /s/ Daniel R. White
                                                   Daniel R. White
                                                   PA I.D. No. 78718
                                                   P.O. Box 2123
                                                   Uniontown, PA 15401
                                                   724-439-9200
                                                   Email: dwhite@Zeblaw.com
                                                   Attorneys for Debtors