IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
5/8/18 9:59 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | | |
|---|---|---|
| In re: | : | Case No. 14-23083 GLT |
| | : | |
| Thomas F. Smalley, Sr. and Ruth A. Smalley, | : | Chapter 13 |
| | : | |
| | : | Motion No. WO-1 |
| Debtors. | : | |
| | : | Related to Dkt. No. 101 |
| Thomas F. Smalley, Sr., | : | |
| | : | |
| Movant, | : | |
| | : | |
| vs. | : | |
| | : | |
| Holiday Inn and Ronda J. Winnecour, | : | |
| | : | |
| Respondents. | : | |
| | : | |
| D #1 SSN: xxx-xx-7337 | : | |

ORDER TERMINATING WAGE ATTACHMENT

The above-named Debtor, Thomas F. Smalley, Sr., filed a motion to terminate his wage attachment.

IT IS, THEREFORE, ORDERED that Debtor's wage attachment through Holiday Inn is hereby terminated.

DATED this 8th Day of May, 2018.

Prepared by Daniel R. White, Esq.

_____
U. S. Bankruptcy Judge        jah

Case Administrator to serve: Debtor, Counsel for Debtor and Trustee

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Thomas F. Smalley  
Ruth A. Smalley  
     Debtors

Case No. 14-23083-GLT  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: mgut     Page 1 of 1     Date Rcvd: May 08, 2018  
                        Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 10, 2018.  
db/jdb         +Thomas F. Smalley,    Ruth A. Smalley,    214 Bowood Road,    Smithfield, PA 15478-1020

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                               TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 10, 2018                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 8, 2018 at the address(es) listed below:  
         Daniel R. White    on behalf of Debtor Thomas F. Smalley dwhite@zeblaw.com,  
          gianna@zeblaw.com;dwhite.zmw@gmail.com;r63228@notify.bestcase.com  
         Daniel R. White    on behalf of Joint Debtor Ruth A. Smalley dwhite@zeblaw.com,  
          gianna@zeblaw.com;dwhite.zmw@gmail.com;r63228@notify.bestcase.com  
         James Warmbrodt    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, in trust for the registered holders of Morgan Stanley Home Equity Loan Trust 2007-1, Mortgage Pass-Through Certificates, Series 2007-1 bkgroup@kmllawgroup.com  
         Matthew Christian Waldt    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, in trust for the registered holders of Morgan Stanley Home Equity Loan Trust 2007-1, Mortgage Pass-Through Certificates, Series 2007-1 mwaldt@milsteadlaw.com,    bkecf@milsteadlaw.com  
         Matthew Christian Waldt    on behalf of Creditor    SELECT PORTFOLIO SERVICING mwaldt@milsteadlaw.com,    bkecf@milsteadlaw.com  
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
                                                                                              TOTAL: 7