File No.: 9549-002

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| Thomas F. Smalley, Sr., | : | Case No. 14-23083 GLT |
| | : | |
| Debtor. | : | Document No. |
| | : | |
| | : | |

CERTIFICATE OF SERVICE OF ORDER FOR WAGE ATTACHMENT AND
NOTIFICATION OF DEBTOR'S SOCIAL SECURITY NUMBER

    I, Daniel R. White, Attorney for Debtor, certify that on May 14, 2018, I served a copy of the Court's May 8, 2018, wage attachment order and Local Form 12, Notification of Debtor's Social Security Number upon Debtor's employer at Insperity, 9339 Genesee Ave., Suite 13, San Diego, CA 92121.

    Method of service: first class mail, postage prepaid.
    Total number of parties served: 1
    Date executed: May 14, 2018

                                        ZEBLEY MEHALOV & WHITE, P.C.
                                        BY

                                        /s/ Daniel R. White
                                            Daniel R. White
                                            PA I.D. No. 78718
                                            P.O. Box 2123
                                            Uniontown, PA 15401
                                            724-439-9200
                                            Email: dwhite@Zeblaw.com
                                            Attorneys for Debtors