Form 309

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Thomas F. Smalley** | : | Case No. 14−23083−GLT |
| **aka Thomas F. Smalley Sr.** | : | Chapter: 13 |
| **Ruth A. Smalley** | : | |
|    *Debtor(s)* | : | |
| | : | |
| | : | Related to Docket No. 107 |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND
## TERMINATING WAGE ATTACHMENT

     *AND NOW,* this *The 18th of September, 2018,* after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

     (1)  The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

     (2)  Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

     (3)  The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

     (4)  The Clerk shall give notice to all creditors of this dismissal.

_____
Gregory L. Taddonio, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

```
                         United States Bankruptcy Court
                         Western District of Pennsylvania
In re:                                                              Case No. 14-23083-GLT
Thomas F. Smalley                                                   Chapter 13
Ruth A. Smalley
        Debtors                  CERTIFICATE OF NOTICE
District/off: 0315-2         User: dbas                 Page 1 of 2             Date Rcvd: Sep 18, 2018
                             Form ID: 309               Total Noticed: 43


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 20, 2018.
db/jdb        +Thomas F. Smalley,    Ruth A. Smalley,    214 Bowood Road,    Smithfield, PA 15478-1020
13898128      +Ace Rentals,    555 West Main Street,    Uniontown, PA 15401-2647
13898131      +Apothaker & Associates,    520 Fellowship Road--C306,    Mount Laurel, NJ 08054-3410
13898133       Atlantic Broadband,    120 Southmont Boulevard,    Johnstown, PA 15905-4291
13898134     ++COLLECTION SERVICE CENTER INC,    363 VANADIUM ROAD,    STE 109,    PITTSBURGH PA 15243-1477
               (address filed with court: Collection Service Center, Inc.,     250 Mount Lebanon Boulevard,
                 P.O. Box 14931,    Pittsburgh, PA 15234-0931)
13898147      +Carol L. Matthews,    123 Lehman Road,    Uniontown, PA 15401-6375
13898135      +Credit Collections, USA,    16 Distributor Drive--Suite 1,     Morgantown, WV 26501-0121
13968196      +Deutsche Bank National Trust Company, as Trustee,,    c/o Select Portfolio, Inc.,
                3815 S. West Temple,    Salt Lake City, UT 84115-4412
13968230      +Deutsche Bank National Trust Company, c/o Select P,    3815 S. West Temple,
                Salt Lake City, UT 84115-4412
13898139      +FNB Consumer Discount Company,    45 West Main Street,    P.O. Box 2045,
                Uniontown, PA 15401-1645
13898137      +Fidelity Properties, Inc.,    P.O. Box 2055,    Alliance, OH 44601-0055
13898140       Foundation Radiology Group, PC,    P.O. Box 60,    Pittsburgh, PA 15230-0060
13898144      +LVNV Funding,   c/o Apothaker & Associates,    520 Fellowship Road--C306,
                Mount Laurel, NJ 08054-3410
13898149       NCO Financial,    P.O. Box 13570,    Philadelphia, PA 19101
13898150      #Penn Credit Corporation,    916 S 14th Place,    P.O. Box 988,    Harrisburg, PA 17108-0988
13898154      +Southwestern Gastrointestinal Specialist,    300 Spring Creek Lane--Upper Level,
                Uniontown, PA 15401-9069
13898155       Tribute Mastercard,    P.O. Box 105555,    Atlanta, GA 30348-5555
13898156       Uniontown Hospital,    500 West Berkeley Street,    Uniontown, PA 15401-5596
13898158      +United Collection Bureau, Inc.,    5620 Southwyck Boulevard--Suite 206,    Toledo, OH 43614-1501
13898159      +University Health Associates,    P.O. Box 776,    Morgantown, WV 26507-0776
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13898129      +EDI: AFNIRECOVERY.COM Sep 19 2018 06:13:00      AFNI,    Attn: Bankruptcy,    P.O. Box 3667,
                Bloomington, IL 61702-3667
13898132       EDI: APPLIEDBANK.COM Sep 19 2018 06:13:00      Applied Bank,    P.O. Box 17125,
                Wilmington, DE 19850-7125
13909696      +E-mail/Text: svlainich@communitybank.tv Sep 19 2018 02:26:33       Community Bank,
                Attn: Collection Department,    90 West Chestnut Street--Suite 100,    Washington, PA 15301-4524
13898136       EDI: CREDPROT.COM Sep 19 2018 06:13:00      Credit Protection Association,    P.O. Box 802068,
                Dallas, TX 75380-2068
14286143       E-mail/Text: jennifer.chacon@spservicing.com Sep 19 2018 02:27:03
                Deutsche Bank National Trust Company,    c/o Select Portfolio Servicing, Inc.,    P.O. Box 65250,
                Salt Lake City, UT 84165-0250
13898138       EDI: AMINFOFP.COM Sep 19 2018 06:13:00      First Premier Bank,    P.O. Box 5524,
                Sioux Falls, SD 57117-5524
13898141       EDI: HFC.COM Sep 19 2018 06:13:00      HSBC Card Services,    P.O. Box 80084,
                Salinas, CA 93912-0084
13898146      +EDI: RESURGENT.COM Sep 19 2018 06:13:00      LVNV Funding,    P.O. Box 740281,
                Houston, TX 77274-0281
13898143      +EDI: RESURGENT.COM Sep 19 2018 06:13:00      LVNV Funding,    15 South Main Street--Suite 500,
                Greenville, SC 29601-2743
13966054       EDI: RESURGENT.COM Sep 19 2018 06:13:00      LVNV Funding, LLC its successors and assigns as,
                assignee of MHC Receivables, LLC,    Resurgent Capital Services,    PO Box 10587,
                Greenville, SC 29603-0587
13966020       EDI: RESURGENT.COM Sep 19 2018 06:13:00      LVNV Funding, LLC its successors and assigns as,
                assignee of GE Money Bank,    Resurgent Capital Services,    PO Box 10587,
                Greenville, SC 29603-0587
13898142      +EDI: RMSC.COM Sep 19 2018 06:13:00      Lowe’s/GE Capital Retail Bank,    Attn: Bankruptcy Dept.,
                P.O. Box 103104,    Roswell, GA 30076-9104
13898148      +EDI: MID8.COM Sep 19 2018 06:13:00      Midland Credit Management,    8875 Aero Drive--Suite 200,
                San Diego, CA 92123-2255
13909698       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 19 2018 02:26:20       PA Department of Revenue,
                Bankruptcy Division,    Dept. 280946,    Harrisburg, PA 17128-0946
13903581       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 19 2018 02:26:21
                Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                Harrisburg, PA 17128-0946
13902305       EDI: Q3G.COM Sep 19 2018 06:13:00      Quantum3 Group LLC as agent for,    MOMA Funding LLC,
                PO Box 788,    Kirkland, WA 98083-0788
13898151       EDI: Q3G.COM Sep 19 2018 06:13:00      Quantum3 Group, LLC,    P.O. Box 788,
                Kirkland, WA 98083-0788
13898152       EDI: RESURGENT.COM Sep 19 2018 06:13:00      Resurgent Capital Services,    P.O. Box 10587,
                Greenville, SC 29603-0587
13898153      +E-mail/Text: jennifer.chacon@spservicing.com Sep 19 2018 02:27:03
                Select Portfolio Servicing, Inc.,    P.O. Box 65250,    Salt Lake City, UT 84165-0250
13898160      +E-mail/Text: BankruptcyNotice@upmc.edu Sep 19 2018 02:26:48       UPMC Physician Services,
                1650 Metropolitan Street,    Third Floor--Customer Service,    Pittsburgh, PA 15233-2213
```

```
District/off: 0315-2          User: dbas                Page 2 of 2              Date Rcvd: Sep 18, 2018
                              Form ID: 309              Total Noticed: 43
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
13898161       +EDI: VERIZONCOMB.COM Sep 19 2018 06:13:00      Verizon,    Attn: Bankruptcy,
                 500 Technology Drive,    Weldon Spring, MO 63304-2225
13898162       +E-mail/Text: bankruptcy@firstenergycorp.com Sep 19 2018 02:26:30      West Penn Power,
                 1310 Fairmont Avenue,    Fairmont, WV 26554-3526
13898163        E-mail/Text: hbbankruptcynotices@wvumedicine.org Sep 19 2018 02:25:59
                 West Virginia University Hospitals,    Patient Accounting Office,   P.O. Box 1127,
                 Morgantown, WV 26507-1127
                                                                                              TOTAL: 23

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Deutsche Bank National Trust Company, as Trustee,
cr              SELECT PORTFOLIO SERVICING
13909697*       HSBC Card Services,    P.O. Box 80084,    Salinas, CA 93912-0084
13898130      ##+Ameriloan,   3531 P. Street Northwest,    P.O. Box 111,    Miami, OK 74355-0111
13898145       ##LVNV Funding,    c/o Edwin A. Abrahamsen & Associates,    120 North Keyser Avenue,
                 Scranton, PA 18504-9701
13898157      ##+United Cash Loans,    3531 P Street NW,    P.O. Box 111,   Miami, OK 74355-0111
                                                                               TOTALS: 2, * 1, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2018                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 18, 2018 at the address(es) listed below:
```
              Daniel R. White    on behalf of Debtor Thomas F. Smalley dwhite@zeblaw.com,
               gianna@zeblaw.com;dwhite.zmw@gmail.com;r63228@notify.bestcase.com
              Daniel R. White    on behalf of Joint Debtor Ruth A. Smalley dwhite@zeblaw.com,
               gianna@zeblaw.com;dwhite.zmw@gmail.com;r63228@notify.bestcase.com
              James  Warmbrodt    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, in
               trust for the registered holders of Morgan Stanley Home Equity Loan Trust 2007-1, Mortgage
               Pass-Through Certificates, Series 2007-1 bkgroup@kmllawgroup.com
              Matthew Christian Waldt    on behalf of Creditor    Deutsche Bank National Trust Company, as
               Trustee, in trust for the registered holders of Morgan Stanley Home Equity Loan Trust 2007-1,
               Mortgage Pass-Through Certificates, Series 2007-1 mwaldt@milsteadlaw.com,    bkecf@milsteadlaw.com
              Matthew Christian Waldt    on behalf of Creditor    SELECT PORTFOLIO SERVICING
               mwaldt@milsteadlaw.com,    bkecf@milsteadlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                               TOTAL: 7
```