**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br><br>THOMAS F. SMALLEY <br> RUTH A. SMALLEY <br> Debtor(s) <br><br> Ronda J. Winnecour <br> Movant <br> vs. <br> No Respondents. | Case No.:14-23083 GLT <br><br><br><br> Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 07/30/2014 and confirmed on 09/22/2014 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 37,119.09 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 37,119.09 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,981.31 | |
|   Trustee Fee | 1,472.53 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 5,453.84 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
|   DEUTSCHE BANK NATIONAL TRUST CO - T | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXX8/14 | | | | |
|   DEUTSCHE BANK NATIONAL TRUST CO - T | 5,731.66 | 5,731.66 | 0.00 | 5,731.66 |
|     Acct: XXXXXX8653 | | | | |
|   DEUTSCHE BANK NATIONAL TRUST CO - T | 0.00 | 25,613.13 | 0.00 | 25,613.13 |
|     Acct: 8653 | | | | |
|   DEUTSCHE BANK NATIONAL TRUST CO - T | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXX7/14 | | | | |
|   ACE RENTALS | 2,360.62 | 0.00 | 0.00 | 0.00 |
|     Acct: 2484 | | | | |
|   LVNV FUNDING LLC, ASSIGNEE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXX10GD | | | | |
|   LVNV FUNDING LLC, ASSIGNEE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXX1DSB | | | | |
|   LVNV FUNDING LLC, ASSIGNEE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXX2DSB | | | | |
|   FNB CDC | 300.00 | 300.00 | 20.46 | 320.46 |
|     Acct: XXXX0301 | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| | | | | 31,665.25 |
| **Priority** | | | | |
| DANIEL R WHITE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| THOMAS F. SMALLEY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ZEBLEY MEHALOV & WHITE PC | 3,500.00 | 3,500.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ZEBLEY MEHALOV & WHITE PC | 1,000.00 | 481.31 | 0.00 | 0.00 |
| Acct: | | | | |
| ZEBLEY MEHALOV & WHITE PC | 1,800.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PA DEPARTMENT OF REVENUE* | 481.88 | 0.00 | 0.00 | 0.00 |
| Acct: XXX6 AN | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
| AMERILOAN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| QUANTUM3 GROUP LLC AGNT - MOMA FU | 1,172.77 | 0.00 | 0.00 | 0.00 |
| Acct: 4785 | | | | |
| ATLANTIC BROADBAND* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXX1756 | | | | |
| COMMUNITY BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXX1DSB | | | | |
| FIRST PREMIER BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXX8755 | | | | |
| FIRST PREMIER BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXX1260 | | | | |
| FOUNDATION RADIOLOGY GROUP++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXX/SCH | | | | |
| QUANTUM3 GROUP LLC AGNT - MOMA FU | 1,317.08 | 0.00 | 0.00 | 0.00 |
| Acct: 4124 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 1,088.08 | 0.00 | 0.00 | 0.00 |
| Acct: 2113 | | | | |
| CAROL MATTHEWS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXX2012 | | | | |
| SOUTHWESTERN GASTROINTESTINAL SP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXX0001 | | | | |
| TRIBUTE++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXX0063 | | | | |
| UNIONTOWN HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXX/SCH | | | | |
| UNITED CASH LOANS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| UNIVERSITY HEALTH ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXX/SCH | | | | |
| UPMC PHYSICIAN SERVICES++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXX/SCH | | | | |
| VERIZON | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXX5040 | | | | |
| WEST PENN POWER* | 3,312.60 | 0.00 | 0.00 | 0.00 |
| Acct: 1720 | | | | |
| WVU HOSPITALS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXX/SCH | | | | |
| PA DEPARTMENT OF REVENUE* | 23.20 | 0.00 | 0.00 | 0.00 |
| Acct: XXX6 AN | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 529.29 | 0.00 | 0.00 | 0.00 |
| Acct: 2406 | | | | |

| 14-23083 GLT | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 3 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | |
|    LVNV FUNDING LLC, ASSIGNEE | 337.91 | 0.00 | 0.00 | 0.00 |
|      Acct: 5517 | | | | |
|    JAMES C WARMBRODT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: | | | | |

***NONE***

| TOTAL PAID TO CREDITORS | | 31,665.25 |
|---|---|---|
| TOTAL CLAIMED | | |
| PRIORITY | 481.88 | |
| SECURED | 8,392.28 | |
| UNSECURED | 7.780.93 | |

Date: 09/27/2018

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com